UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

*Plaintiff,*

**NOTICE OF MOTION**

v.

**Case No: 19-mj-00079(HKS)**

MICHAEL DANNER,

*Defendant.*

---

S I R S :

PLEASE TAKE NOTICE, that upon the annexed affidavit of Herbert L. Greenman, Esq.

the undersigned moves this Court for an order extending the Rule 48(b) date for reasons set forth

in the affidavit annexed hereto and made a part hereto together with such other and further relief

as to this Court may seem just and proper.

DATED:     Buffalo, New York
           August 2, 2019

Respectfully submitted,

/s/Herbert L. Greenman

HERBERT L. GREENMAN
LIPSITZ GREEN SCIME & CAMBRIA LLP
Attorneys for Defendant
MICHAEL DANNER
Office and Post Office Address
42 Delaware Avenue – Suite 300
Buffalo, New York 14202
(716) 849-1333
hgreenman@lglaw.com

TO:     MISHA COULSON, ESQ.
        ASSISTANT UNITED STATES ATTORNEY
        138 Delaware Avenue
        Buffalo, New York 14202

**GRANTED • SO ORDERED**

H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: August 5, 2019

*But extension is only to Aug 23, 2019 and ABSOLUTELY NO MORE EXTENSIONS!! HKS*